# Court of Appeals
# of the State of Georgia

ATLANTA, December 06, 2024

*The Court of Appeals hereby passes the following order:*

A25A0746. BENNETT A. HUTCHISON, III et al. v. HEELY-BROWN COMPANY, et al.

Bennett A. Hutchison, III and Gayle Hutchison filed a negligence and product liability action against Heely-Brown Company, Savannah Wood Preserving Company, Inc., Arch Wood Protection Inc., and Green Shakes LLC. On September 30, 2024, the trial court entered orders granting the motions for judgment on the pleadings filed by Heely-Brown Company and Savannah Wood Preserving Company and dismissed plaintiffs claims against them. Plaintiffs filed a timely notice of appeal from those orders. We, however, lack jurisdiction.

Under OCGA § 5-6-34 (a) (1), appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below." "In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment." *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989) (citation and punctuation omitted). "In such circumstances, there must be an express determination under OCGA § 9-11-54 (b) or there must be compliance with the interlocutory appeal requirements of OCGA § 5-6-34 (b). Where neither of these code sections [is] followed, the appeal is premature and must be dismissed." Id. (citations and punctuation omitted).

In this case, although the trial court dismissed two of the defendants, and plaintiffs later dismissed Arch Wood Protection, Inc., the action is still pending against Green Shakes LLC. Thus, the case remains pending below. The trial court's

order did not direct the entry of judgment pursuant to OCGA § 9-11-54 (b), and the Hutchisons did not follow the interlocutory appeal procedures of OCGA § 5-6-34 (b). Under these circumstances, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___12/06/2024_____*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*